**Dismissed and Opinion Filed on March 17, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00131-CV

**WILSON NGUYEN, Appellant**
**V.**
**KHOA VAN VO, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-05798**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

Before the Court is appellant's March 12, 2020 unopposed motion to dismiss the appeal. In the motion, appellant states that the parties have reached a settlement agreement and agree to the dismissal of this appeal. We grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

200131f.p05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WILSON NGUYEN, Appellant

No. 05-20-00131-CV     V.

KHOA VAN VO, Appellee

On Appeal from the 68th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. Dc-19-05798.
Opinion delivered by Chief Justice
Burns. Justices Whitehill and
Molberg participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party shall bear his own costs of this appeal.

Judgment entered this 17th day of March, 2020.